UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>    Plaintiff,<br><br>    v.<br><br>VERGARA, et al.,<br><br>    Defendants. | Case No. 18-cv-05427-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 24 |

Good cause being shown, Defendants Luna and Vergara's request for an extension of time to file their dispositive motion is GRANTED. Defendants Luna and Vergara shall file their dispositive motion by **June 25, 2019**. Plaintiff's opposition to the summary judgment or other dispositive motion must be filed with the Court and served upon defendants no later than **28 days** from the date the motion is filed. Defendants Luna and Vergara **shall** file a reply brief no later than **14 days** after the date the opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due. No hearing will be held on the motion.

This order terminates Dkt. No. 24.

**IT IS SO ORDERED.**

Dated: 4/22/2019

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge