UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>Plaintiff,<br><br>v.<br><br>VERGARA, et al.,<br><br>Defendants. | Case No. 18-cv-05427-HSG<br><br>**ORDER REGARDING RETURN OF FILINGS**<br><br>Dkt. No. 23 |

Plaintiff, a state prisoner currently incarcerated at the Correctional Training Facility ("CTF"), filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On March 27, 2019, Plaintiff filed Exhibit D-48 with the Court, which he described as presenting new evidence as fact. Dkt. No. 19. On April 18, 2019, Plaintiff informed the Court that he had erroneously sent originals of Exhibit D-48 to the Court for filing, and to Defendants. Dkt. No. 23. Plaintiff requests that the Court return a "certified copy of the originals with all pages stamped after filing." Dkt. No. 23 (emphasis in original). Plaintiff's request is GRANTED. The letters and attachments at Docket No. 19 have been mailed back to Plaintiff in a separate envelope. The Court does not certify filings. Plaintiff is cautioned that he should not file "evidence" with the court unless the "evidence" is filed in connection with a pending motion. The Court will not act as a depository for prematurely filed evidence. Generally speaking, the time to file evidence with the Court is in support of, or in opposition to, a dispositive motion, or at trial.

**IT IS SO ORDERED.**

Dated: 4/29/2019

_Haywood S. Gilliam Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge