# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>      Plaintiff,<br><br>v.<br><br>VERGARA, et al.,<br><br>      Defendants. | Case No. 18-cv-05427-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Court's Order Granting Motions for Summary Judgment, judgment is entered in favor of defendants and against plaintiff. The Clerk shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/3/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ERIC GOULD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VERGARA, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-05427-HSG<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 3, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Eric Gould ID: BE-5607
500 Galetti Way
Sparks, NV 89431

Dated: February 3, 2020

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Nikki D. Riley, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable HAYWOOD S. GILLIAM, JR.

2